**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6760

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JARVARIS ANTWAN ANDREWS,

Defendant - Appellant.

No. 23-6761

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JARVARIS ANTOINE ANDREWS,

Defendant - Appellant.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.   Catherine C. Eagles, Chief District Judge.   (1:08-cr-00144-CCE-1; 1:20-cr-00133-CCE-1)

Submitted:  October 31, 2023                          Decided:  November 3, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jarvaris Antwan Andrews, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Jarvaris Antwan Andrews appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for reduction of sentence. After review of the record, we conclude that the district court did not abuse its discretion in determining that such relief was not warranted in light of relevant 18 U.S.C. § 3553(a) factors after balancing those factors against Andrews' arguments. *See United States v. Bethea*, 54 F.4th 826, 831, 834 (4th Cir. 2022) (noting standard of review, conclusions district court must draw to grant motion, and guideposts for determining whether court has abused its discretion in considering 18 U.S.C. § 3553(a) factors). Accordingly, we affirm the court's order. *United States v. Andrews*, Nos. 1:08-cr-00144-CCE-1; 1:20-cr-00133-CCE-1 (M.D.N.C. July 11, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3